UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| BANC OF AMERICA LEASING & CAPITAL, LLC | CIVIL ACTION NO: 6:17-cv-00190 |
| VERSUS | ROBERT G. JAMES |
| BREAKWATER ADVANCED MANUFACTURING, LLC, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion for default judgment [Doc. 22] is GRANTED, and a judgment of default is hereby issued, ordering defendants Breakwater Advanced Manufacturing, LLC, Bryan Benoit, Greg David, and Mark Leach to pay Mazak Corporation the sum of $476,843.36 and recognizing Mazak Corporation's security interest in the following equipment: (1) the Mazak QTN-350 MY2KY 60", S/N 255423; (2) the 2012 Mazak M5, S/N 236867; and (3) the Mazak Slant Turn Nexus 550, S/N 258358, consistent with the report and recommendation.

MONROE, LOUISIANA, this 17th day of April, 2018.

*[signature: Robert G. James]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE